AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldgar, A. Benjamin | Bankruptcy Court, N.D. Ill. | 5/2/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Suite 668
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bankruptcy Institute | 6/9/12-6/12/12 | Traverse City, MI | Central States Bankruptcy Workshop | Transportation (mileage), food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves Money Market Fund | A | Dividend | J | T | | | | | |
| 2. Traditional IRA-Fidelity (4) | D | Dividend | M | T | | | | | |
| 3. - Strategic Advisors Small-Mid Cap Fund | | | | | Sold (part) | 09/1/11 | J | A | |
| 4. - Fidelity Capital and Income | | | | | | | | | |
| 5. - Fidelity Short-Term Bond | | | | | Sold (part) | 08/12/11 | J | A | |
| 6. - Fidelity Total Bond | | | | | Sold (part) | 08/12/11 | J | A | |
| 7. - Pimco High Yield Administrative Shares | | | | | Sold | 04/20/11 | J | A | |
| 8. - Pimco Total Return Administrative Shares | | | | | Sold (part) | 08/12/11 | J | A | |
| 9. - Pimco Short Term Administrative Shares | | | | | | | | | |
| 10. - Pimco Commodity Real Return Strat Admin CL | | | | | | | | | |
| 11. - T Rowe Price High Yield Advisor CL | | | | | | | | | |
| 12. - Fidelity Strategic Advisors Value Fund | | | | | Sold (part) | 04/20/11 | J | A | |
| 13. | | | | | Sold (part) | 09/14/11 | J | A | |
| 14. | | | | | Sold (part) | 12/14/11 | J | A | |
| 15. - Strategic Advisors International Fund | | | | | Buy (add'l) | 03/23/11 | J | | |
| 16. | | | | | Sold (part) | 04/20/11 | J | A | |
| 17. | | | | | Buy (add'l) | 08/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 04/21/11 | J | | |
| 19. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 20. - Franklin Gold and Precious Metals CL A | | | | | | | | | |
| 21. - Templeton Global Bond CL A | | | | | | | | | |
| 22. - Strategic Advisors U.S. Opportunity Fund | | | | | | | | | |
| 23. - Strategic Advisors Core Fund | | | | | Buy (add'l) | 03/23/11 | J | | |
| 24. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 25. | | | | | Sold (part) | 09/14/11 | J | A | |
| 26. | | | | | Sold (part) | 12/14/11 | J | A | |
| 27. - Strategic Advisors Growth Fund | | | | | Buy (add'l) | 04/20/11 | J | | |
| 28. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 29. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 30. - Strategic Advisors Emerging Markets | | | | | | | | | |
| 31. - Strategic Advisors Income Opportunity Fund | | | | | Buy (add'l) | 04/20/11 | J | | |
| 32. - FIMM Money Market Port Inst CL | | | | | | | | | |
| 33. Traditional IRA-Fidelity (3) | C | Dividend | L | T | | | | | |
| 34. - Strategic Advisors Small-Mid Cap Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Fidelity Capital and Income (Y) | | | | | | | | | |
| 36.   - Fidelity Total Bond | | | | | Sold (part) | 08/10/11 | J | A | |
| 37.   - Pimco Total Return Administrative Shares | | | | | Sold (part) | 08/10/11 | J | A | |
| 38.   - Pimco Short Term Administrative Shares | | | | | | | | | |
| 39.   - T Rowe Price High Yield Advisor CL | | | | | | | | | |
| 40.   - Strategic Advisors International Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 41.   - Strategic Advisors U.S. US Opp Fund | | | | | | | | | |
| 42.   - Fidelity Select Gold | | | | | | | | | |
| 43.   - Credit Suisse Commd Return Strategy Com Shr | | | | | | | | | |
| 44.   - Fidelity High Income | | | | | | | | | |
| 45.   - Metropolitan West Low Duration M | | | | | | | | | |
| 46.   - Templeton Global Bond CL A | | | | | | | | | |
| 47.   - Strategic Advisors Value Fund | | | | | | | | | |
| 48.   - Strategic Advisors Core Fund | | | | | | | | | |
| 49.   - Strategic Advisors Growth Fund | | | | | | | | | |
| 50.   - Strategic Advisors Emerging Markets | | | | | | | | | |
| 51.   - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 04/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 53. - Strategic Advisors Income Opportunity Fund | | | | | | | | | |
| 54. - FIMM Money Market Port Inst CL | | | | | | | | | |
| 55. - Merger Fund | | | | | | | | | |
| 56. Rollover IRA-Fidelity (3) | E | Dividend | O | T | | | | | |
| 57. - Strategic Advisors Small-Mid Cap Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 58. | | | | | Sold (part) | 09/14/11 | J | A | |
| 59. - Fidelity Capital and Income | | | | | Sold (part) | 04/14/11 | J | A | |
| 60. - Fidelity Total Bond | | | | | Sold (part) | 08/10/11 | J | B | |
| 61. - Pimco Total Return Administrative Shares | | | | | Sold (part) | 08/10/11 | J | A | |
| 62. - Pimco Short Term Administrative Shares | | | | | Buy (add'l) | 04/14/11 | J | | |
| 63. | | | | | Sold (part) | 08/10/11 | J | A | |
| 64. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 65. - T Rowe Price High Yield Advisor CL | | | | | Sold (part) | 04/14/11 | J | A | |
| 66. - Strategic Advisors International Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 67. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 68. - Strategic Advisors US Opportunity Fund | | | | | Sold (part) | 04/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/14/11 | J | | |
| 70. | | | | | Sold (part) | 09/14/11 | J | A | |
| 71. - Fidelity Select Gold | | | | | | | | | |
| 72. - Credit Suisse Commd Return Strategy Com Shr | | | | | Sold (part) | 04/14/11 | J | A | |
| 73. - Fidelity High Income | | | | | Sold (part) | 04/14/11 | J | B | |
| 74. - Metropolitan West Low Duration M | | | | | Sold (part) | 08/10/11 | J | A | |
| 75. - Templeton Global Bond Class A | | | | | | | | | |
| 76. - Fidelity Money Market | | | | | | | | | |
| 77. - Strategic Advisors Value Fund | | | | | Sold (part) | 04/14/11 | J | A | |
| 78. | | | | | Sold (part) | 09/14/11 | J | | |
| 79. - Strategic Advisors Core Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 80. | | | | | Sold (part) | 09/14/11 | J | A | |
| 81. - Strategic Advisors Growth Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 82. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 83. - Strategic Advisors Emerging Markets | | | | | Buy (add'l) | 08/10/11 | J | | |
| 84. - Strategic Advisors Income Opportunity Fund | | | | | Buy (add'l) | 04/14/11 | J | | |
| 85. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 04/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 87. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 88. - FIMM Money Market Port Inst CL | | | | | | | | | |
| 89. - Merger Fund | | | | | | | | | |
| 90. State of Illinois Deferred Compensation Plan -- 401(k) | A | Dividend | K | T | | | | | |
| 91. - Vanguard Institutional Index Fund | | | | | | | | | |
| 92. Fidelity Investment Grade Bond Fund (1) | A | Dividend | K | T | | | | | |
| 93. Fidelity Short Term Bond (1) | A | Dividend | K | T | | | | | |
| 94. Fidelity 529 College Investment Plan (1) | A | Dividend | J | T | | | | | |
| 95. - NH Cash Reserves | | | | | Buy (add'l) | 07/25/11 | J | | |
| 96. Fidelity Investment Grade Bond Fund (2) | A | Dividend | K | T | | | | | |
| 97. Fidelity 529 College Investment Plan (2) | A | Dividend | K | T | | | | | |
| 98. - NH Cash Reserves | | | | | Sold (part) | 07/22/11 | K | | |
| 99. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 100. Fidelity Short Term Bond (2) | A | Dividend | K | T | | | | | |
| 101. Adirondack Trust Co. stock | D | Dividend | M | T | | | | | |
| 102. Bank of America Growth Money Market Savings | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Deferred Annuity | | | | | | | | | |
| 104. - Fidelity VIP Investment Grade Bond Fund | | None | M | T | | | | | |
| 105. - Fidelity VIP Strategic Income Fund | | None | L | T | | | | | |
| 106. Vanguard IRA (4) | E | Dividend | P1 | T | | | | | |
| 107. - Vanguard International Value Fund | | | | | Sold | 02/25/11 | L | | |
| 108. - Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 109. - Vanguard Diversified Equity Fund | | | | | Sold | 02/25/11 | M | | |
| 110. - Vanguard Total International Stock Index Fund | | | | | Buy (add'l) | 02/25/11 | L | | |
| 111. - Vanguard Stock Market Index Fund | | | | | Buy (add'l) | 02/25/11 | M | | |
| 112. Fidelity Cash Reserves (1) | A | Dividend | K | T | | | | | |
| 113. Fidelity Cash Reserves (2) | A | Dividend | J | T | | | | | |
| 114. DWS Strategic High Yield Tax Free Fund (1) | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 115. Fidelity Municipal Income Fund (1) | A | Dividend | | | Buy (add'l) | 04/28/11 | J | | |
| 116. | | | | | Sold | 08/09/11 | J | A | |
| 117. Fidelity Short-Intermed. Municipal Income Fund (1) | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 118. T Rowe Tax Free Inc. Fund Adv. Class (1) | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 119. Strategic Advisors International Fund (1) | A | Dividend | J | T | Sold (part) | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Strategic Advisors Value Fund (1) | A | Dividend | J | T | Sold (part) | 08/09/11 | J | | |
| 121. Strategic Advisors Small-Mid Cap Fund (1) (Y) | | | | | | | | | |
| 122. Strategic Advisors U.S. Opportunity Fund (1) (Y) | | | | | | | | | |
| 123. Strategic Advisors Core Fund (1) | A | Dividend | J | T | Sold (part) | 08/09/11 | J | | |
| 124. Strategic Advisors Growth Fund (1) | A | Dividend | J | T | Sold (part) | 08/09/11 | J | A | |
| 125. Strategic Advisors Emerging Markets (1) (Y) | | | | | | | | | |
| 126. FIMM Money Market Port Inst CL (1) | A | Dividend | J | T | Buy (add'l) | 08/09/11 | J | | |
| 127. Merger Fund (1) (Y) | | | | | Sold | 08/09/11 | J | | |
| 128. Fidelity Real Estate Income (1) (Y) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 129. AQR Diversified Arbitrage Class 1 (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 130. Fidelity GNMA Fund (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 131. Fidelity Total Bond Fund (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 132. Strategic Advisors Income Opportunities (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 133. Strategic Advisors Core Income Fund (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 134. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 135. Metropolitan West Low Duration (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 136. Pimco Total Return Administrative Shares (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pimco Short Term Administrative Shares (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 138. T. Rowe Price Short Term BD FD ADV (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 139. Templeton Global Bond Class A (1) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 140. Fidelity Municipal Income (2) | A | Dividend | | | Buy (add'l) | 4/28/11 | J | | |
| 141. | | | | | Sold | 08/09/11 | J | A | |
| 142. Fidelity Short-Intermediate Muni Income (2) | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 143. DWS Strategic High Yield Tax Free (2) | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 144. T Rowe Tax Free Inc. Fund Adv. Class (2) | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 145. Strategic Advisors International Fund (2) | A | Dividend | J | T | | | | | |
| 146. Strategic Advisors Value Fund (2) | A | Dividend | J | T | | | | | |
| 147. Strategic Advisors Small-Mid Cap Fund (2) | A | Dividend | J | T | | | | | |
| 148. Strategic Advisors U.S. Opportunity Fund (2) | A | Dividend | J | T | | | | | |
| 149. Strategic Advisors Core Fund (2) | A | Dividend | J | T | | | | | |
| 150. Strategic Advisors Growth Fund (2) | A | Dividend | J | T | | | | | |
| 151. Strategic Advisors Emerging Markets (2) | A | Dividend | J | T | | | | | |
| 152. Fidelity Capital & Income (2) (Y) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 153. Fidelity High Income (2) (Y) | A | Dividend | J | T | Buy | 08/09/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fidelity Total Bond (2) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 155. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 156. Strategic Advisors Income Opportunities (2) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 157. Strategic Advisors Core Income Fund (2) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 158. Metropolitan West Low Duration (2) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 159. Pimco Total Return Administrative Shares (2) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 160. Pimco Short Term Administrative Shares (2) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 161. T. Rowe Price High Yield Advisor CL (2) (Y) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 162. Templeton Global Bond Class A (2) | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 163. Fidelity Diversified International | A | Dividend | J | T | | | | | |
| 164. Fidelity Short-Intermediate Muni Income | A | Dividend | K | T | Sold (part) | 03/15/11 | J | | |
| 165. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 166. | | | | | Sold (part) | 09/13/11 | J | A | |
| 167. | | | | | Buy (add'l) | 11/14/11 | J | | |
| 168. Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 169. Cambiar Opportunity Investor CL | A | Dividend | K | T | | | | | |
| 170. Columbia Marsico Focused Eq. CL A | A | Dividend | J | T | Sold (part) | 01/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  DWS Managed Municipal Bond CL S | B | Dividend | K | T | Sold (part) | 01/12/11 | K | | |
| 172. | | | | | Buy (add'l) | 03/15/11 | J | | |
| 173. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 174. | | | | | Sold (part) | 07/13/11 | J | A | |
| 175.  Diamond Hill Small Cap Class A | A | Dividend | J | T | | | | | |
| 176.  Goldman Sachs Midcap Value Class A | A | Dividend | J | T | | | | | |
| 177.  Harbor Capital Appreciation Adm CL | | None | J | T | | | | | |
| 178.  Hartford Growth Opportunity Class A | | None | K | T | | | | | |
| 179.  Hotchkis & Wiley Mid Cap Value CL A | | None | K | T | | | | | |
| 180.  Janus Fund | A | Dividend | K | T | | | | | |
| 181.  Artio International Equity Fund II CL A | A | Dividend | K | T | | | | | |
| 182.  RS Value Fund CL A | | None | J | T | | | | | |
| 183.  T Rowe Tax Free Inc. Fund Adv. Class | C | Dividend | L | T | Buy (add'l) | 01/12/11 | K | | |
| 184.  Royce Value Plus Service Class | A | Dividend | J | T | | | | | |
| 185.  SSGA Emerging Markets | A | Dividend | K | T | | | | | |
| 186.  Thornburg Value Class A | | None | J | T | Sold (part) | 01/12/11 | J | C | |
| 187.  Spartan Total Market Index FID Advantage CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. GE International Equity Service CL | A | Dividend | J | T | | | | | |
| 189. Oakmark Fund 1 | A | Dividend | K | T | | | | | |
| 190. Manning & Napier World Opp Ser CL A | A | Dividend | J | T | Sold (part) | 01/12/11 | J | A | |
| 191. | | | | | Buy (add'l) | 09/13/11 | J | | |
| 192. T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | Buy (add'l) | 07/13/11 | J | | |
| 193. | | | | | Sold (part) | 09/13/11 | J | | |
| 194. T Rowe Price Real Estate Fund Adv CL | A | Dividend | J | T | | | | | |
| 195. Thornburg International Value CL A | A | Dividend | K | T | | | | | |
| 196. Fidelity Municipal Income | B | Dividend | L | T | Sold (part) | 01/12/11 | K | | |
| 197. | | | | | Sold (part) | 09/13/11 | J | A | |
| 198. | | | | | Buy (add'l) | 11/14/11 | J | | |
| 199. Black Rock High Yield Bond CL A | A | Dividend | J | T | | | | | |
| 200. Franklin Federal Tax-free CL A | A | Dividend | J | T | Sold (part) | 09/13/11 | J | A | |
| 201. Pimco Real Return Adm CL | A | Dividend | | | Sold | 05/16/11 | J | A | |
| 202. Pimco Commodity Real Return Strat Adm CL | C | Dividend | J | T | Buy (add'l) | 05/16/11 | J | | |
| 203. | | | | | Sold (part) | 07/13/11 | J | | |
| 204. | | | | | Sold (part) | 11/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. T Rowe Price High Yield Advisor CL | A | Dividend | J | T | Sold (part) | 03/15/11 | J | B | |
| 206. | | | | | Sold (part) | 05/16/11 | J | A | |
| 207. Templeton Global Bond CL A | A | Dividend | J | T | Buy (add'l) | 01/12/11 | J | | |
| 208. | | | | | Sold (part) | 11/14/11 | J | | |
| 209. IShares TR S&P 100 Index Fund | A | Dividend | K | T | Sold (part) | 05/18/11 | J | C | |
| 210. American Europacific Growth Class F1 | A | Dividend | J | T | Buy (add'l) | 11/14/11 | J | | |
| 211. JP Morgan U.S. Equity Fund Select Class Conf | A | Dividend | J | T | | | | | |
| 212. MFS International Diversification FD A Conf | A | Dividend | J | T | | | | | |
| 213. Royce Pennsylvania Fund Service Class | A | Dividend | J | T | Buy (add'l) | 09/13/11 | J | | |
| 214. Fidelity Dividend Growth | A | Dividend | J | T | Buy | 09/13/11 | J | | |
| 215. Fidelity Tax-free Bond | B | Dividend | L | T | Buy | 01/12/11 | K | | |
| 216. Allianz NFJ Dividend Value FD CL D | A | Dividend | J | T | Buy | 09/13/11 | J | | |
| 217. Causeway International Value Investor | A | Dividend | J | T | Buy | 09/13/11 | J | | |
| 218. Credit Suisse Command Return Strategy Com Shr | | None | | | Buy | 1/12/11 | J | | |
| 219. | | | | | Sold | 03/15/11 | J | A | |
| 220. Janus Enterprise Fund Class T Shares | | None | J | T | Buy | 09/13/11 | J | | |
| 221. Prudential Jennison Midcap Growth CL A | | None | | | Buy | 07/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 09/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/2/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII:

Lines 35, 121, 122, 125 -- Each of the invewstments on these lines has a "Y" added in parentheses after the name to indicate that the investment declined in value below $1,000.

Lines 107, 109 -- Unknown whether a gain or a loss. Vanguard tells us that it does not report this information for this IRA account because of when the investment was purchased.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Benjamin Goldgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544